# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT COURT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s) / Petitioner(s)

- against -

LEONID SIMAKOVSKY, D.C., ET AL.

Defendant(s) / Respondent(s)

INDEX #: 14-CV-3775
DATE FILED: 06/17/2014
ATTORNEY FILE#: 5100-164

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 06/26/2014, 09:10AM at 801 COUNTY ROUTE 25, TANNERSVILLE NY 12485, deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT & STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on LEONID SIMAKOVSKY, D.C., a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 53   Approximate height 6'00"   Approximate weight 260   Color of skin WHITE   Color of hair BALD   Other GLASSES, ACCENT & NY LICENSE PLATE #: GKS3949

LEONID SIMAKOVSKY, D.C. told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 06/27/2014
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017