# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT COURT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petitioner(s)

- against -

LEONID SIMAKOVSKY, D.C., ET AL.

Defendant(s)
Respondent(s)

INDEX #:
14-CV-3775

DATE FILED:
06/17/2014

ATTORNEY FILE#:
5100-164

STATE OF PENNSYLVANIA: COUNTY OF UNION: ss:

DEPUTY JOHN MOYER, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA

That on 07/17/2014, 09:03AM at 2400 ROBERT F. MILLER DRIVE, LEWISBURGH PA 17837, deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT & STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on ANDREY ANIKEYEV, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

ANDREY ANIKEYEV WAS PERSONALLY SERVED AT THE ABOVE ADDRESS, WHICH IS THE LOCATION OF LEWISBURGH USP, WHERE ANDREY ANIKEYEV WAS AN INMATE ON THE DATE OF SERVICE.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 40   Approximate height 6'00"   Approximate weight 180   Color of skin WHITE   Color of hair BROWN

Commonwealth of Pennsylvania:
County of Union

Sworn to and subscribed before me
this 23rd day of July 20 14

_Linda Richards_
_Diane Miller, Deputy_
Prothonotary

DIANE MILLER
Prothonotary & Clerk of Courts
Lewisburg, Union County, PA    07/23/2014
My Commission Expires 1st Mon Jan 2018

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

DEPUTY JOHN MOYER

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA, NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726