UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,       14-cv-3775 (KAM)
GEICO INDEMNITY CO., GEICO GENERAL INSURANCE
COMPANY and GEICO CASUALTY CO.,           **NOTICE OF APPEAL**

       Plaintiffs

   -against-

LEONID SIMKOVSKY, D.C.,

   -and-

PUGSLEY CHIROPRACTIC, P.L.L.C.,
CANON CHIROPRACTIC, P.C.,

   -and-

ANDREY ANIKEYEV
ALEXANDER SANDLER, and
JOHN DOE DEFENDANTS 1-5

       Defendants.
-----------------------------------------------------------------------------X

  **NOTICE** is hereby given that Andrey Anikeyev Defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from a Memorandum and Order [ECF No. 62] denying the Defendant's motion seeking to vacate the certificate of default pursuant to Fed. R. Civ. P. 55(c) entered in this action on the 31st Day of March 2016 and the Judgement attendant thereto [ECF No. 63] entered in this action on the 31st Day of March 2016.

[*Signature on following page/remainder of page intentionally left blank*]

                          Respectfully submitted,

                          _____/s/_____
                          Raymond Joseph Zuppa
                          The Zuppa Firm PLLC
                          Attorney for the Defendant
                          Andrey Anikeyev
                          1205 Franklin Avenue
                          Suite 250
                          Garden City, NY 11530
                          Phone: (516) 280-9833
                          Fax: (516) 280-9834
                          rayzuppa@thezuppafirm.com

Dated:  Garden City, New York
          April 20, 2016